Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00251-CV

**WEBB COUNTY**,
Appellant

v.

**KHALEDI PROPERTIES, LTD.**,
Appellee/ Cross-Appellant

v.

**KILLAM RANCH PROPERTIES, LTD.** and Anna L. Cavazos Ramirez,
Cross-Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2010-CVT-001589-D2
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:       Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  June 27, 2012

CROSS-APPEAL DISMISSED

Cross-Appellant Khaledi Properties, Ltd. has filed an unopposed motion to dismiss its

cross-appeal against Killam Ranch Properties, Ltd. and Anna L. Cavazos Ramirez. We grant the

motion and dismiss the cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the cross-appeal are taxed against the party who incurred them.


PER CURIAM